**FILED**

AUG 09 2013

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | Case No. 13cr2861-LAB |
|---|---|---|
| Plaintiff, | ) | |
| | ) | |
| v. | ) | I N F O R M A T I O N |
| | ) | |
| MAUREEN MARANT, | ) | Title 18, U.S.C., Sec. 1349 - |
| | ) | Conspiracy to Commit Wire |
| Defendants. | ) | Fraud |

The United States Attorney charges:

1. Beginning in late 2008/early 2009 and continuing thereafter through sometime in 2009, in the Southern District of California and elsewhere, defendant MAUREEN MARANT did knowingly and intentionally combine, conspire and agree with others known and unknown to commit wire fraud, in violation of Title 18, United States Code, Section 1343.

2. It was the purpose and object of the conspiracy to devise and intend to devise a material scheme and artifice to defraud, and to obtain money and property by means of materially false and fraudulent pretenses, representations,

1 | promises, and by concealment of material facts, and for the
2 | purpose of executing such scheme and artifice to defraud,
3 | to knowingly transmit and cause to be transmitted by means
4 | of wire communications in interstate commerce, certain
5 | writings, signs, signals and sounds.
6 |     All in violation of Title 18, United States Code,
7 | Section 1349.
8 |     DATED:                          LAURA E. DUFFY
                                          United States Attorney
9 |
10|                             By:     /s/ Robert Ciaffa
11|                                     Robert Ciaffa
                                        Assistant U.S. Attorney